| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF SOUTH CAROLINA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   **Diversified Management Company, LLC**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)   **87-1435178**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6000A Pelham Road** <br> **Greenville, SC 29615** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Greenville** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   _____

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Diversified Management Company, LLC**     Case number (*if known*)
     Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Diversified Management Company, LLC** _____    Case number (*if known*)_____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor  **Diversified Management Company, LLC**                              Case number (*if known*)
    Name

    ☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
    ■ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Diversified Management Company, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 21, 2023**
MM / DD / YYYY

X **/s/ Kevin Murdock**                                                **Kevin Murdock**
Signature of authorized representative of debtor                        Printed name

Title    **Managing/Sole Member**

**18. Signature of attorney**

X **/s/ Robert H. Cooper**                                              Date **March 21, 2023**
Signature of attorney for debtor                                        MM / DD / YYYY

**Robert H. Cooper**
Printed name

**The Cooper Law Firm**
Firm name

**150 Milestone Way, Ste B**
**Greenville, SC 29615**
Number, Street, City, State & ZIP Code

Contact phone    **864-271-9911**            Email address    **thecooperlawfirm@thecooperlawfirm.com**

**05670 SC**
Bar number and State

**United States Bankruptcy Court**
**District of South Carolina**

In re **Diversified Management Company, LLC**

Debtor(s)

Case No.

Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Kevin Murdock**, declare under penalty of perjury that I am the **Managing/Sole Member** of **Diversified Management Company, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Limited Liability Company at a special meeting duly called and held on the 21st day of March, 2023.

"Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kevin Murdock**, **Managing/Sole Member** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that **Kevin Murdock**, **Managing/Sole Member** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Kevin Murdock**, **Managing/Sole Member** of this Limited Liability Company is authorized and directed to employ **Robert H. Cooper DCID #5670**, attorney and the law firm of **The Cooper Law Firm** to represent the Limited Liability Company in such bankruptcy case."

Date **March 21, 2023**

Signed **/s/ Kevin Murdock**
**Kevin Murdock**

Resolution of Board of Directors
of
**Diversified Management Company, LLC**

Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kevin Murdock**, **Managing/Sole Member** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that **Kevin Murdock**, **Managing/Sole Member** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Kevin Murdock**, **Managing/Sole Member** of this Limited Liability Company is authorized and directed to employ **Robert H. Cooper DCID #5670**, attorney and the law firm of **The Cooper Law Firm** to represent the Limited Liability Company in such bankruptcy case.

Date **March 21, 2023**    Signed **/s/ Kevin Murdock**
                                   **Kevin Murdock**

Fill in this information to identify the case:

Debtor name: **Diversified Management Company, LLC**
United States Bankruptcy Court for the: **DISTRICT OF SOUTH CAROLINA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADP Comprehensive Services<br>1 ADP Drive<br>Augusta, GA 30909 | | | | | | $414,801.00 |
| Guardian<br>PO Box 826486<br>Philadelphia, PA 19182-6486 | | | | | | $49,078.00 |
| United of Omaha<br>3316 Farnam Street<br>Omaha, NE 68175 | | | | | | $12,948.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
**District of South Carolina**

In re  **Diversified Management Company, LLC**                                    Case No.
                                             Debtor(s)                             Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **25,000.00** |
   | Prior to the filing of this statement I have received | $ **0.00** |
   | Balance Due | $ **25,000.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):   **Debtor has paid $0 in attorneys fees as a retainer. Fees will be charged and billed at $295 per hour.**

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 21, 2023** | **/s/ Robert H. Cooper** |
| *Date* | **Robert H. Cooper** |
| | *Signature of Attorney* |
| | **The Cooper Law Firm** |
| | **150 Milestone Way, Ste B** |
| | **Greenville, SC 29615** |
| | **864-271-9911  Fax: 864-232-5236** |
| | **thecooperlawfirm@thecooperlawfirm.com** |
| | *Name of law firm* |

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re **Diversified Management Company, LLC**  Case No. _____

Debtor(s)  Chapter **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)  _____ computer diskette

(b)  _____ scannable hard copy
(number of sheets submitted _____)

(c)  __X__ electronic version filed via CM/ECF

Date: **March 21, 2023**       **/s/ Kevin Murdock**
                                **Kevin Murdock/Managing/Sole Member**
                                Signer/Title

Date: **March 21, 2023**       **/s/ Robert H. Cooper**
                                Signature of Attorney
                                **Robert H. Cooper**
                                **The Cooper Law Firm**
                                **150 Milestone Way, Ste B**
                                **Greenville, SC 29615**
                                **864-271-9911   Fax: 864-232-5236**
                                Typed/Printed Name/Address/Telephone

                                **05670 SC**
                                District Court I.D. Number

```
A.G. ADJUSTMENTS, LTD.
740 WALT WHITMAN ROAD
MELVILLE NY 11747


ADP COMPREHENSIVE SERVICES
1 ADP DRIVE
AUGUSTA GA 30909


BARNEY MCKENNA & OLMSTEAD
43 SOUTH 100 EAST
SAINT GEORGE UT 84770


BORIS YANKOVICH
415 OCEAN VIEW AVE FL 3
BROOKLYN NY 11235


C2CRESOURCES
1455 LINCOLN PKWY E STE 550
ATLANTA GA 30346


CHANCE CAMPBELL
481 GARLINGTON ROAD SUITE A
GREENVILLE SC 29615


CLOUDFUND, LLC
400 REKKA BLVD, STE 165-101
SUFFERN NY 10901


FIRST CAROLINA HOLDINGS, LLC
4113 E. NORTH STREET
GREENVILLE SC 29615


FRANK VELOCCI
FAEGREDRINKER
1177 AVENUE OF THE AMERICAS, 41ST FLOOR
NEW YORK NY 10036


GLAST, PHILLIPS & MURRAY
14801 QUORUM DRIVE SUITE 500
DALLAS TX 75254


GREENBERG, GRANT & RICHARDS
5858 WESTHEIMER ROAD STE 500
HOUSTON TX 77057
```

```
GREENVILLE COUNTY TAX COLLECTOR
301 UNIVERSITY RIDGE
SUITE 700
GREENVILLE SC 29601


GREGORY CRAPANZANO
200 SOUTH 10TH STREET STE 1600
RICHMOND VA 23219


GUARDIAN
PO BOX 826486
PHILADELPHIA PA 19182-6486


HAYNESWORTH SINKLER BOYD
1201 MAIN STREET22ND FLOOR
COLUMBIA SC 29201


HOLDER, PADGETT, LITTLEJOHN & PRICKETT
800 E. NORTH STREET
GREENVILLE SC 29601


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346


IRS MDP 39
1835 ASSEMBLY ST RM 469
COLUMBIA SC 29201


J.R. KREBS
2123 9TH STREET, SUITE 110
TUSCALOOSA AL 35401


JONATHAN SCHULZ
BRADLEY
214 N TRYON ST STE 3700
CHARLOTTE NC 28202


KELLY HART
201 MAIN STREET, SUITE 2500
FORT WORTH TX 76102
```

```
LEGACY CAPITAL 26, LLC
290 HARBOR DRIVE
STAMFORD CT 06902


LITTLER
110 E COURT ST SUITE 201
GREENVILLE SC 29601


NFS LEASING
900 CUMMINGS CENTER STE 226U
BEVERLY MA 01915


RADLA CAPITAL, LLC
161-10A UNION STREET 2ND FLOOR
FLUSHING NY 11366


RICHARD T. AVIS & ASSOCIATES
5500 PEARL ST
ROSEMONT IL 60018


ROBINSON BRADSHAW
202 E. MAIN ST.
ROCK HILL SC 29730


ROE CASSIDY COATES, & PRICE , PA
PO BOX 10529
GREENVILLE SC 29603


SC DEPT OF REV. & TAX
PO BOX 12265
COLUMBIA SC 29211


THE HENDRICKS FIRM LLC
101 NE MAIN ST,
EASLEY SC 29640


TRITON RECOVERY GROUP
19790 W. DIXIE HIGHWAY STE 301
AVENTURA FL 33180


UNITED OF OMAHA
3316 FARNAM STREET
OMAHA NE 68175
```

```
VOX FUNDING SPV1, LLC
14 E 44TH ST 4TH FLOOR
NEW YORK NY 10017


WOODARD & BUTLER
PO BOX 1906
WALTERBORO SC 29488
```